```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 31475
   ALGIS JOSEPH ANKUS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3157

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/18/2008 and was not confirmed.

    The case was dismissed without confirmation 12/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                         PAID            PAID
------------------------------------------------------------------------------

PRO SE DEBTOR         DEBTOR ATTY          .00                            .00
TOM VAUGHN            TRUSTEE                                             .00
DEBTOR REFUND         REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                          --------------    --------------
TOTALS                        .00                .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/05/09             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```